IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal No. 1:15-CR-124 |
| v. | ) | |
| | ) | |
| MUNEEB AKHTER, | ) | Honorable Judge T. S. Ellis III |
| | ) | |
| Defendant | ) | |

FILED MAIL ROOM JAN 2 6 2017 CLERK, U.S. DISTRICT COURT ALEXANDRIA

## MOTION TO MODIFY CONDITIONS OF PROBATION PURSUANT TO 18 USC 3563(c)

Defendant, Muneeb Akhter, filing pro se, hereby moves the court pursuant to 18 U.S.C. 3563(c) to remove or modify a special condition of probation. The defendant is on probation until the date of 27th of December 2019. The probation include special conditions as follows:

1. The defendant shall comply with the requirements of the computer monitoring program as administered and directed by the probation office. The defendant shall consent to the installation of computer monitoring software on any computer to which the defendant has access. Installation shall be performed by the probation officer. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software. The costs of the monitoring shall be paid by the defendant.
2. The defendant shall not incur new credit charges or open additional lines of credit without prior approval of the probation officer.
3. The defendant shall provide the probation officer access to any requested financial information.
4. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgements and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
5. In the event restitution is not paid immediately, defendant must pay restitution as a special condition of supervised release at the rate of at least $100.00 per month, beginning 60 DAYS after his release from imprisonment, with interest waived, as directed by the probation officer. The probation officer may petition the Court to increase or decrease this monthly

payment amount, depending upon defendant's financial circumstances at the time of supervised release.

The defendant has jointly paid the restitution and financial obligated amount, with his brother and co-defendant, so special conditions 4 and 5 may be removed. Special condition 1 requires monitoring software installed on every computer accessed by the defendant, including any potential work machine. This condition severely restricts the ability to obtain gainful employment because the industry in which the defendant works requires access to multiple computer systems to service. The court had notified the defendant at the end of sentencing on October 2nd, 2015 that he would be allowed to return to his industry and have access to computers after his release from prison.

While on pre-trial, the defendant had monitoring software on his personal laptop, but his place of employment was notified about the charges and was given free range on how to monitor his access. With the current special condition, most companies find it too burdensome to include and the monthly cost of $35 per machine. The defendant requests that the monitoring condition be limited to personal computer access and any future employers to be notified and allowed to have their own monitoring process, as was the conditions while on pre-trial.

Respectfully Submitted,

Muneeb Akhter, pro se

_Muneeb Akhter_ 1/24/17

7510 Chancellor Way,

Springfield VA 22153

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2017, I filed the forgoing with the Clerk of Court. I certify that a copy of the foregoing was mailed, post pre-paid to the AUSA at the United States Attorney's office:

Colleen E. Garcia, Special AUSA
United States Attorney's Office,
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Respectfully Submitted,

Muneeb Akhter, pro se

*Muneeb Akhter* 1/24/17

7510 Chancellor Way,

Springfield VA 22153