9744074

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED UNDER SEAL** — JUN - 9 2017

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:15-cr-124 |
| Muneeb Akhter | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Muneeb Akhter

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 06/08/2017

*Issuing officer's signature*

City and state: Alexandria, VA

Lynnelle Creek – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) 6/9/17, and the person was arrested on (date) 6/9/17
at (city and state) Springfield, VA

Date: 6/9/17

*Arresting officer's signature*

P. Thompson
*Printed name and title*

Arrest by FBI Joey Eom